**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-5318**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM WRIGHT, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CR-93-30-N)

---

Submitted:  December 29, 1995          Decided:  January 18, 1996

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Sterling H. Weaver, Sr., WEAVER LAW OFFICES, Portsmouth, Virginia, for Appellant.  Helen F. Fahey, United States Attorney, Alan M. Salsbury, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Wright, Jr., appeals the 51-month sentence imposed by the district court after his previous sentence was reversed and remanded for resentencing. Wright contends that the district court erred in failing to depart on the ground of sentence manipulation. Because a decision not to depart from the guideline range is not reviewable on appeal, United States v. Bayerle, 898 F.2d 28, 31 (4th Cir.), cert. denied, 498 U.S. 819 (1990), we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED